UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED
SEP 2 2 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| KIM ZIMAN,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Defendant - Appellant. | No. 06-56003<br><br>D.C. No. CV-05-02344-TJW<br>Southern District of California,<br>San Diego<br><br>ORDER |

Appellant's motion to certify issues of law to the California Supreme Court is referred to the panel that will be assigned to hear the merits of this appeal. Any opposition and reply shall also be referred to the merits panel.

For the Court

Karen Golinski
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\09.06\kg\06-56003.wpd